```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 04087
   EARNEST L REAVES JR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-8057


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 03/08/2007 and was confirmed 06/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   7.00%.

     The case was dismissed after confirmation 10/15/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
AMERICAN PORTFOLIO FUNDI SECURED VEHIC    4775.00              .00            .00
AMERICAN PORTFOLIO FUNDI UNSECURED        NOT FILED            .00            .00
MONTEREY FINANCIAL         SECURED           800.00          10.69         107.36
MONTEREY FINANCIAL         UNSECURED        1287.55            .00            .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED            .00            .00
WILMINGTON FINANCE         CURRENT MORTG       .00             .00            .00
WILMINGTON FINANCE         MORTGAGE ARRE   7282.70             .00            .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00             .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE         .00             .00            .00
INTERNAL REVENUE SERVICE PRIORITY          1545.99             .00            .00
INTERNAL REVENUE SERVICE UNSECURED            2.79             .00            .00
ILLINOIS DEPT OF REV       PRIORITY       NOT FILED            .00            .00
STATE DISBURSEMENT UNIT    NOTICE ONLY    NOT FILED            .00            .00
IL DEPT OF HEALTHCARE &    DSO ARREARS    34461.85             .00            .00
SCHOTTLER & ASSOCIATES     PRIORITY       NOT FILED            .00            .00
GALWAY FINANCIAL SVC LLC UNSECURED           725.00            .00            .00
HWARFIELD                  UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF REV       UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
UN COLL TOL                UNSECURED         287.00            .00            .00
PALISADES COLLECTION       UNSECURED        1595.55            .00            .00
GWENDOLYN LUELLEN          NOTICE ONLY    NOT FILED            .00            .00
THE WOODLANDS OF CRESTHI UNSECURED          3055.10            .00            .00
SCHOTTLER & ASSOCIATES     DEBTOR ATTY     1,509.45                       1,280.94
TOM VAUGHN                 TRUSTEE                                          101.01
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    1,500.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 04087 EARNEST L REAVES JR

```
PRIORITY                                                           .00
SECURED                                                         107.36
      INTEREST                                                   10.69
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,280.94
TRUSTEE COMPENSATION                                            101.01
DEBTOR REFUND                                                      .00
                                    ----------------    ----------------
TOTALS                                     1,500.00            1,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 04087 EARNEST L REAVES JR